IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALICIA CHARLIE, et al.,

        Plaintiffs,

vs.                                              CIVIL NO. 21-652 SCY/KK

REHOBOTH MCKINLEY CHRISTIAN
HEALTH CARE SERVICES,

        Defendant.

**ORDER GRANTING JOINT
MOTION FOR STAY
OF CASE MANAGEMENT DEADLINES**

Upon consideration of the Joint Notice of Settlement and Motion for Stay of Case Management Deadlines, and for good cause shown, the Court hereby GRANTS the instant motion. All current Case Management deadlines are hereby stayed. Plaintiffs are to file their motion for preliminary approval of class action settlement not later than October 25, 2022.

SO ORDERED.

Date:  October 21, 2022                                  _/s/ Kirtan Khalsa_

                                                              KIRTAN KHALSA
                                                              UNITED STATES MAGISTRATE JUDGE

Seen and approved as to content and form:

**EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC**

/s/ *Kristina Martinez*
Kristina Martinez
123 W. San Francisco St., Second Floor
Santa Fe, NM 87501
(505) 986-9641
KMartinez@EgolfLaw.com

David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Attorneys for Plaintiffs and
the Proposed Class*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/Elizabeth G. Perkins
Elizabeth G. Perkins
8801 Horizon Blvd. NE, Suite 300
Albuquerque, New Mexico 87113
Telephone: 505.828.3600
Facsimile:             505.828.3900
elizabeth.perkins@lewisbrisbois.com

*Attorneys for Defendant Rehoboth McKinley Christian Health Care Services*