IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALICIA CHARLIE *et al.*,

    Plaintiffs,

v.                                          Civ. No. 21-652 SCY/KK

REHOBOTH MCKINLEY CHRISTIAN
HEALTH CARE SERVICES,

    Defendant.

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a). This Order resolves all claims against all parties in this action and is a final order. **IT IS HEREBY ORDERED** this action is dismissed with prejudice and without costs except as otherwise ordered.

_____
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**